UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00049-KJD-VCF |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR PLACEMENT IN THE |
| vs. ) | RESIDENTIAL RE-ENTRY |
| ) | CENTER/HALFWAY HOUSE |
| DIANA CIUBOTARU ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

Presently before the Court is the matter of *United States v. Diana Ciubotaru,* 2:11-cr-00049-KJD-VCF.

On March 1, 2017, this Court held a hearing for revocation of supervised release as to Ms. Ciubotaru. The Court ordered that Ms. Ciubotaru reside in the residential re-entry center/halfway house for a period of up to four (4) months.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Diana Ciubotaru reside in a residential re-entry center/half way house for a period of up to four (4) months. It is further ordered that all previous conditions and terms of release will stay in place.

DATED THIS  9th  day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON