# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIANA CIUBOTARU,

    Defendant.

Case No. 2:11-CR-00049-KJD-VCF

**ORDER**

    Before the Court for consideration is Defendant's Motion to Clarify Sentence (#157). The Government did not file a response.

    On March 1, 2017, this Court held a hearing on Defendant's revocation of supervised release. (#155). Based on the request of both parties as well as the recommendation of the USPO, this Court continued Defendant on supervised release and added a condition that she reside at a halfway house for four (4) months.

    Subsequent to that hearing, Defendant was notified by her probation officer that twenty-four (24) months remained on her supervision and that USPO intended to continue to supervise her after her release from the halfway house. Defendant brings the present Motion for clarification.

    This Court has reviewed the transcript of the March 1, 2017 hearing. Pursuant to that transcript, both government and defense counsel requested that this Court put Defendant "in the same position that she would have been if she had been writted over." Essentially, both parties requested that this Court continue Defendant on supervised release for four (4) months so that Defendant could continue to reside at the halfway house. Therefore, as this Court was informed that this was the intention of both the USPO and the Parties, Defendant remains continued on supervision with

residency at the halfway house for four months which commenced on March 1, 2017, the date of Defendant's hearing on revocation of supervised release.

Accordingly, **IT IS THEREFORE ORDERED** that Defendant is continued on supervised release for four (4) months beginning on March 1, 2017 and concluding July 1, 2017.

DATED this __5th__ day of May 2017.

_____
Kent J. Dawson
United States District Judge